**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
MARIA COTA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.NO.S-05-261 |
| PLAINTIFF, | |
| v. | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE TO NOVEMBER 4, 2005 |
| MARIA COTA et al., | |
| DEFENDANTS. | |

### STIPULATION

The United States of America, represented by the United States Attorney for the Eastern District, Mr. Jason Hitt and the defendants, Althea Gonzalez, represented by Ms. Caro Marks of the Federal Defender's Office, Roberto Romo, represented by Mr. Fred Dawson, and Maria Cota, represented by Mr. James R. Greiner, hereby stipulate that this matter may be continued from Friday, October 7, 2005, to Friday, November 4, 2005, at 9:00 a.m. in courtroom number 10, on the 13th floor of the United States Courthouse, 501 I Street, and that time can be excluded from the Speedy Trial Act for the following reasons: 1-The defense is in the process of reviewing discovery from the Government and asking the government if there is any other discovery; 2- The defense needs the time to review the evidence and to meet with their respective clients and to have defense counsel conference with both each other and the government; 4- The defendants are in on going discussions with the government in an attempt to resolve this matter short of trial, and additional time is needed

1

in these discussions. (Local Code T-4; Title 18 U.S.C. section 1361 (h)(8)(B)(iv), reasonable time to prepare).

    It is so stipulated.

                                  McGregor W. Scott
                                  Untied States Attorney

DATED: 10-5-05

                                  /s/ Jason Hitt (authorized by telephone conference)
                                  _____
                                  Mr. Jason Hitt
                                  Assistant United States Attorney

DATED:10-5-05

                                  /s/ Caro Marks (authorized by telephone conference)
                                  _____
                                  Caro Marks
                                  Attorney for Althea Gonzlez

DATED:10-5-05

                                  /a/Fred Dawson (authorized by telephone conference)
                                  _____
                                  Fred Dawson
                                  Attorney for Roberto Romo

DATED:10-5-05

                                  /s/ James R. Greiner
                                  _____
                                  James R. Greiner
                                  Attorney for Maria Cota

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:  October 6, 2005

                                  /s/ Garland E. Burrell, Jr.
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge