QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALTHEA RINETTE GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-05-261-GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | |
| ) | |
| ALTHEA RINETTE GONZALEZ, ROBERTO ) | |
| ROMO, MARIA COTA ) | Date:      November 18 2005 |
| ) | Time:      9:00 a.m. |
| Defendants. ) | Judge:     Garland E. Burrell |
| ) | |

_____

   The United States of America, and the defendants, Althea Rinette Gonzalez, Roberto Romo, and Maria Cota, through their counsel, hereby stipulate that this matter may be continued from Friday, November 4, 2005, to Friday, November 18, 2005 at 9:00 a.m., for the following reasons:

   The defense continues to review discovery from the government, and to consult about it with the defendants. Defense counsel need additional time to discuss the case with one another and to assess the state of the evidence, possible trial strategies and sentencing options. Finally, the defendants are in ongoing discussions with the government in an attempt to resolve this matter short of trial, and additional time is needed to conduct these negotiations.

   The parties further stipulate and agree that time under the Speedy Trial

1  Act should be excluded pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local
2  Code T-4, to allow counsel reasonable time to prepare.

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender


                                         /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ALTHEA RINETTE GONZALEZ

Dated: November 02, 2005                 /s/ Fred Dawson
                                        _____
                                        FRED DAWSON
                                        Attorney for Defendant
                                        ROBERTO ROMO

Dated: November 02, 2005                 /s/ James R. Greiner
                                        _____
                                        JAMES R. GREINER
                                        Attorney for Defendant
                                        MARIA COTA

Dated: November 02, 2005

                                        MCGREGOR SCOTT
                                        United States Attorney


                                         /s/ Jason Hitt
                                        _____
                                        JASON HITT
                                        Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

DATED:  November 7, 2005

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

2