```
QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ALTHEA RINETTE GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-05-261-GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | |
| ) | |
| ALTHEA RINETTE GONZALEZ, ROBERTO ) | |
| ROMO, MARIA COTA ) | Date:    December 23, 2005 |
| ) | Time:    9:00 a.m. |
| Defendants. ) | Judge:   Garland E. Burrell |
| ) | |

_____

The United States of America, and the defendants, Althea Rinette Gonzalez, Roberto Romo, and Maria Cota, through their counsel, hereby stipulate that this matter may be continued from Friday, December 2, 2005, to Friday, December 23, 2005 at 9:00 a.m., for the following reasons:

Defense counsel have just received final modified plea agreements for each defendant.  Counsel need additional time to review the governments' plea offers and to review the plea agreements with the defendants.

The parties further stipulate and agree that time under the Speedy Trial Act should be excluded pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local Code T-4, to allow counsel reasonable time to prepare.

```
Dated: December 1, 2005              Respectfully submitted,

                                     QUIN DENVIR
                                     Federal Defender


                                      /s/ Caro Marks
                                     _____
                                     CARO MARKS
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     ALTHEA RINETTE GONZALEZ



Dated: December 1, 2005               /s/ Fred Dawson
                                     _____
                                     FRED DAWSON
                                     Attorney for Defendant
                                     ROBERTO ROMO


Dated: December 1, 2005               /s/ James R. Greiner
                                     _____
                                     JAMES R. GREINER
                                     Attorney for Defendant
                                     MARIA COTA


Dated: December 1, 2005              MCGREGOR SCOTT
                                     United States Attorney


                                      /s/ Jason Hitt
                                     _____
                                     JASON HITT
                                     Assistant U.S. Attorney
```

## ORDER

**IT IS SO ORDERED.**

Dated:  December 5, 2005


/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation & Order                      2