```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    ALTHEA RINETTE GONZALEZ
 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  NO. CR-S-05-261-GEB
                                     )
12            Plaintiff,             )
                                     )  STIPULATION AND [PROPOSED] ORDER
13       v.                          )
                                     )
14  ALTHEA RINETTE GONZALEZ, ROBERTO )
    ROMO, MARIA COTA                 )  Date:    January 13, 2006
15                                   )  Time:    9:00 a.m.
              Defendants.            )  Judge:   Garland E. Burrell
16                                   )
    _____
17

18       The United States of America, and the defendants, Althea Rinette

19  Gonzalez, Roberto Romo, and Maria Cota, through their counsel, hereby

20  stipulate that this matter may be continued from Friday, December 23, 2005,

21  to Friday, January 13, 2006 at 9:00 a.m., for the following reasons:

22       Defense counsel have just received final modified plea agreements for

23  each defendant.  Counsel need additional time to review the governments' plea

24  offers and to review the plea agreements with the defendants.

25  ///

26  ///

27  ///

28  ///
```

1  The parties further stipulate and agree that time under the Speedy Trial
2 Act should be excluded pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local
3 Code T-4, to allow counsel reasonable time to prepare.

4 Dated: December 20, 2005                    Respectfully submitted,

5                                             QUIN DENVIR
                                              Federal Defender
6
                                              /s/ Caro Marks
7                                             _____
                                              CARO MARKS
8                                             Assistant Federal Defender
                                              Attorney for Defendant
9                                             ALTHEA RINETTE GONZALEZ

10

11 Dated: December 20, 2005                   /s/ Fred Dawson
                                              _____
12                                            FRED DAWSON
                                              Attorney for Defendant
13                                            ROBERTO ROMO

14

15 Dated: December 20, 2005                   /s/ James R. Greiner
                                              _____
16                                            JAMES R. GREINER
                                              Attorney for Defendant
17                                            MARIA COTA

18

19 Dated: December 20, 2005                   MCGREGOR SCOTT
                                              United States Attorney
20

21                                            /s/ Jason Hitt
                                              _____
22                                            JASON HITT
                                              Assistant U.S. Attorney
23

24                                   **ORDER**

25 **IT IS SO ORDERED.**

26 DATED:   December 22, 2005

27                                            /s/ Garland E. Burrell, Jr.
                                              GARLAND E. BURRELL, JR.
28                                            United States District Judge

Stipulation & Order                           2