IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Respondent, | No. CR S-05-0261 GEB GGH P |
| | vs. | |
| MARIA COTA, | | |
| | Movant. | ORDER |
| _____/ | | |

By <u>Order</u> filed January 21, 2010, movant's post-conviction motions of October 29, 2007, and October 28, 2008, were summarily dismissed as non-cognizable pleadings. Movant's subsequent request directed to the Clerk of the Court to review the records to determine whether her amended 28 U.S.C. § 2255 motion was filed timely was liberally construed as a request for relief from judgment pursuant to Fed. R. Civ. P. 60(b), and was denied by <u>Order</u> filed on February 11, 2010.  Once again, movant inappropriately addresses a request to the Clerk of the Court.  Movant's persistence in filing seriatum, substanceless requests, motions, etc., unnecessarily burden this court.  This filing will be disregarded as will all future filings in this case.

\\\\\

\\\\\

1. Accordingly, IT IS SO ORDERED that:

2. 1. The Clerk of the Court is to disregard movant's request directed to the Clerk of the Court (docket # 85); and

3. 2. All future filings in this case by movant are to be docketed but disregarded by the Clerk.

DATED: March 5, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

/cota0261.dsr